NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEWITT A. GRANT II,                    )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No. 2D19-284
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
_____ )

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden,
Judge.

Hewitt A. Grant II, pro se.


PER CURIAM.


                Affirmed.


NORTHCUTT, KELLY , and BLACK, JJ., Concur.